April 3, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

JOHN DARIAN THOMAS, Appellant

NO. 14-13-00400-CR                                          V.

NO. 14-13-00401-CR

THE STATE OF TEXAS, Appellee

_____

       These causes were heard on the transcript of the records of the court below. Having considered the records, this Court holds that there was no error in the judgments. The Court orders the judgments **AFFIRMED**.

       We further order appellant pay all costs expended in the appeals.

       We further order this decision certified below for observance.